IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:21-00187-02

LACOSTA STEELE

In the presence of Wesley P. Page, Federal Public Defender, my counsel, who has fully explained the charges contained in the Indictment against me, and, having received a copy of the Indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to Count Four of the Indictment.

DATE: 12-1-21       _____
                         (Defendant)

Witness:

_____
       (Counsel)